UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                          CASE NO. 06 B 10900
   JOSEPH BOONE
   MULROLINE BOONE                              CHAPTER 13

                                                JUDGE: BRUCE W BLACK
          Debtor
   SSN XXX-XX-0490      SSN XXX-XX-4910
```

---
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 09/01/06 and confirmed on 11/01/06.

2. The plan is paid in full.

3. The Debtor paid a total of $ 37144.91 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| LITTON LOAN SERVICING IN | CURRENT MORTG | .00 | .00 | .00 |
| LITTON LOAN SERVICING IN | MORTGAGE ARRE | 15130.16 | .00 | 15130.16 |
| NUVELL CREDIT COMPANY LL | SECURED VEHIC | 13203.00 | 2296.05 | 13203.00 |
| NUVELL CREDIT COMPANY LL | UNSECURED | 62.31 | .00 | 62.31 |
| FIRST CONSUMERS MASTER T | UNSECURED | 1169.67 | .00 | 1169.67 |
| OLIPHANT FINANCIAL CORP | UNSECURED | 913.46 | .00 | 913.46 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 28333.16 | .00 | 2145.44 | .00 | 30478.60 |
| PRINCIPAL PAID | 28333.16 | .00 | 2145.44 | .00 | 30478.60 |
| INTEREST PAID | 2296.05 | .00 | .00 | .00 | 2296.05 |
| TOTAL PAID | 30629.21 | .00 | 2145.44 | .00 | 32774.65 |

The Debtor's attorney, MONICA C OBRIEN                , was allowed $  2500.00 and was paid $    500.00   direct and $   2000.00   through the plan.

The Trustee received $   1693.49 .

Refunds to the Debtor totaled $     676.77 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


        Dated: 03/11/09                      /S/
                                         GLENN STEARNS
                                         CHAPTER 13 TRUSTEE

```
                              PAGE   2
       CASE NO. 06 B 10900 JOSEPH BOONE & MULROLINE BOONE
```